Jason Holaway # M0998
CCCF E-206
P.O. Box 1889
Woodville MS 39669

Inmate Correspondence
from a Correctional Facility

LEGAL

U.S.D.C.
501 E. Court St. Ste. 2.500
Jackson MS 39201
39201-502299

RECEIVED
AUG 16 2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

US POSTAGE
$00.71
First-Class
Mailed From 39669
08/12/2021
032A 0061842502

12 AUG 2021