IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JASON HOLLOWAY**                                                         **PLAINTIFF**

**v.**                                                    **CIVIL NO. 5:21-cv-00063-KS-RHWR**

**WARDEN SCOTT MIDDLEBROOKS,**                                   **DEFENDANTS**
*et al.*

### ORDER CANCELLING OMNIBUS HEARING

By previous Order [59] dated July 8, 2022, this Court set an Omnibus Hearing to be held before the United States District Court in Natchez, Mississippi on **September 20, 2022.** The Court finds it necessary to cancel the Omnibus Hearing.

IT IS THEREFORE ORDERED that the Omnibus Hearing set for **September 20, 2022** is hereby **cancelled** and the Writ [60] of Habeas Corpus Ad Testificandum issued on July 8, 2022 is hereby rescinded

**SO ORDERED**, this the 8th day of August, 2022.

*s/ Bradley W. Rath*
HONORABLE BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE